# PD-0179-15

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| EX PARTE: | § | |
| JOSE GONZALES III, Petitioner | § | CAUSE No. 13-13-00011-CR |
| | § | TR.CT.NO. 11-CR-4141-D |

**PETITIONER'S MOTION FOR EXTENSION OF TIME**

**FOR PETITION FOR DISCRETIONARY REVIEW**

**IN ACCORDANCE WITH T.R.A.P. RULE11055(3).**

FILED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

**TO WIT:**

Comes Now Jose Gonzales III, hereinstyled Petitioner, files this motion for extension of time for Petition Discretionary Review, from the 13th Court of Appeals from mandate that was issued on October 7, 2013. Petitioner filed a motion for rehearing was filed September 29, 2014. Petitioner's motion for rehearing was denied January 21,2015.by the 13th Court of Appeals.

**ART.I.,**

Petitioner humbly request the Court to grant him an 60 day extension until March 21,2015 in the above-mentioned and entitled Cause.

**PRAYER**

Petitioner prays for this relief and any the Honorable Court deems just and necessary.

Signed this 7 day of Feburary,2015.

_____

Judge Presiding

() GRANTED () DENIED

Respectfully submitted,

By:_____

Pro/se:

Jose Gonzales III #1832029

1.

James V. Allred Unit

2101 FM 369 N.

Iowa Park, Texas 76367


## CERTIFICATE OF SERVICE

A true and correct copy of this Motion for extension of time was placed in the U.S. Mail at the James V. Alled Unit, this 2/715 to the Hon. Mark Skurka, Dist. Atty. for Nueces County Courthouse, 901 Leopard St. Rm. 206, Corpus Christi, Texas 78401.

2.